United States District Court
Southern District of Texas
**ENTERED**
March 10, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| PHILLIP DAVID HASKETT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. G-14-257 |
| | § | |
| PERCHERON, LLC, et al. | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

On even date herewith, this Court in a Opinion and Order granted the motions for summary judgment of Defendant Percheron Holdings, LLC d/b/a Percheron, LLC and dismissed the Complaint of Plaintiff, Phillip David Haskett.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiff, Phillip David Haskett, **RECOVER** nothing, that the action is **DISMISSED WITH PREJUDICE** on the merits, and that the Defendants recover their costs.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this ____9th____ day of March, 2016.

_____
JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE